The Honorable Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHETAN SOMNATH PATIL, *et al.*,<br><br>                        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>                        Defendant. | Case No. 2:25-cv-00634-TL<br><br>STIPULATED MOTION AND [Proposed] ORDER EXTENDING DEADLINE<br><br>Noted for Consideration: Today |

COMES NOW Plaintiffs, by and through their counsel, Jonathan D. Wasden and Adam W. Boyd, and Defendant, by and through its counsel, Teal Luthy Miller, Acting United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, pursuant to LCR 7(j) and 16(b)(6) and this Court's Chambers Procedures (Dkt. 6), and hereby jointly stipulate and request that the Court extend the deadline for Defendant to respond to Plaintiffs' Amended Complaint in this case for an additional 60 days.

WHEREAS the parties have been diligently working together to potentially administratively resolve the inadmissibility issues for each of the nineteen Plaintiffs. This requires coordination with several agencies including U.S. Citizenship and Immigration Services,

STIPULATED MOTION & [PROPOSED] ORDER
EXTENDING DEADLINE
[Case No. 2:25-cv-00634-TL] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

U.S. Immigration and Customs Enforcement, Customs and Border Protection, and the State Department.

WHEREAS the parties believe they have resolved the claims presented by 17 of the 19 Plaintiffs and anticipate entering a stipulation to withdraw these claims. The claims presented by the two remaining Plaintiffs, however, require additional time to determine if they can be resolved administratively.

WHEREAS the Parties wish to continue efforts to administratively resolve these two Plaintiffs' claims and agree to an additional 60-day extension of Defendant's deadline to respond to Plaintiffs' Amended Complaint.

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby jointly stipulate and agree, and respectfully request, that the Court make and enter the following order:

Defendant's deadline to respond to Plaintiffs' Amended Complaint is extended by 60 days, to November 10, 2025.

//
//
//
//
//
//
//
//
//
//

STIPULATED MOTION & [PROPOSED] ORDER
EXTENDING DEADLINE
[Case No. 2:25-cv-00634-TL] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1 | SO STIPULATED.

2 | DATED this 5th day of July, 2025.

3 | WASDEN LAW

4 |

5 | *s/ Jonathan D. Wasden*
JONATHAN D. WASDEN, MS Bar #100563
9427 Goldfield Lane
6 | Burke, VA 22015
Phone: (843) 872-4978
7 | Email: jon@wasden.law

8 | *Attorney for Plaintiffs*

---

SO STIPULATED.

DATED this 5th day of July, 2025.

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Ste. 5220, Seattle, WA 98101
Phone: (206) 553-7970 / Fax: (206) 553-4073
Email:  kristin.b.johnson@usdoj.gov

*Attorneys for Defendant*

I certify that this memorandum contains 253 words, in compliance with the Local Civil Rules.

## ~~PROPOSED~~ ORDER

IT IS SO ORDERED.

DATED this 5th day of September, 2025.

_____
TANA LIN
United States District Judge

STIPULATED MOTION & [~~PROPOSED~~] ORDER
EXTENDING DEADLINE
[Case No. 2:25-cv-00634-TL] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970